**Order entered September 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00372-CR

### CARROLL GENE HENDERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 069214

## ORDER

Before the Court is appellant's September 3, 2019 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 3, 2019.

/s/     CORY L. CARLYLE
        JUSTICE